O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA SPIEGLER and PNINA BOUSKILA, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., THE HOME DEPOT INC., EXPO DESIGN CENTER, U.S. REMODELERS, INC., and U.S. HOME SYSTEMS, INC.,<br><br>Defendants. | CASE NO. CV 07-4428-CAS (AJWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to the Court's Order of April 9, 2008, the claims of Plaintiffs Andrea Spiegler and Pnina Bouskila have been dismissed with prejudice. It is therefore, pursuant to Federal Rule of Civil Procedure 58(a), **ORDERED AND ADJUDGED** that Plaintiffs shall take nothing from this action. Each side shall bear its own attorneys' fees and costs.

DATED: April 24, 2008

*Christina A. Snyder*

The Honorable Christina A. Snyder
United States District Court Judge
Central District of California